IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, AND ERICSSON AB**<br><br>　　**Plaintiff,**<br><br>　　vs.<br><br>**SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>　　**Defendants.** | Civil Action No.  2:21cv-1<br><br>JURY TRIAL |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Ericsson Inc., Telefonaktiebolaget LM Ericsson, and Ericsson AB state that:

1. Telefonaktiebolaget LM Ericsson is a publicly traded Swedish corporation that has no parent corporation. No publicly held company owns more than 10% of its stock.

2. Ericsson Inc. is a Delaware corporation that is wholly-owned by Ericsson Holding II Inc., which is also a Delaware corporation. Ericsson Holding II Inc. is wholly-owned by Telefonaktiebolaget LM Ericsson.

3. Ericsson AB is a wholly-owned subsidiary of Telefonaktiebolaget LM Ericsson.

| | |
|---|---|
| Dated: January 3, 2021. | **MCKOOL SMITH, P.C.**<br><br>/s/ *Theodore Stevenson, III*<br>Theodore Stevenson, III, Lead Attorney<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 E. Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099<br><br>**ATTORNEYS FOR PLAINTIFFS ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, AND ERICSSON AB** |

**4837-2047-1253**